Eastern District of Kentucky
**FILED**

MAY 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 6:26-cr-079-GFVT
                                                21 U.S.C. § 841(a)(1)

**KIMBERLY RACHELLE CRAWFORD,
aka KIMBERLY RACHELLE VAUGHN,
aka KIMBERLY BLANKENSHIP**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 14, 2026, in Knox County, in the Eastern District of Kentucky,

**KIMBERLY RACHELLE CRAWFORD,
aka KIMBERLY RACHELLE VAUGHN,
aka KIMBERLY BLANKENSHIP**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Before **KIMBERLY RACHELLE CRAWFORD, aka KIMBERLY RACHELL VAUGHN, aka KIMBERLY BLANKENSHIP,** committed the offense charged in this count, she had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 846, Conspiracy to Manufacture 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and Conspiracy to Possess with the Intent to Distribute 50 Grams or More of a Mixture or

Substance Containing a Detectable Amount of Methamphetamine, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

**A TRUE BILL**



**FOREPERSON**

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

KELLY K. RIDINGS
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony:** Not less than 10 years and not more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:**     Mandatory special assessment of $100.