UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>KIMBERLY RACHELLE CRAWFORD,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cr-00079-GFVT-HAI-1<br><br><br>**ORDER** |

*** *** *** ***

Pursuant to 28 U.S.C. § 455, the undersigned hereby exercises his discretion to recuse from the above-styled action. General Order No. 26-14 indicates that, in the event of the undersigned's recusal from a London criminal case, "the matter shall be reassigned by random draw to another district judge assigned to accept criminal cases on this docket." Gen. Order 26-14(3)(E). Accordingly, it is hereby **ORDERED** that this matter be reassigned pursuant to the guidelines set forth in the General Order and as stated above.

This the 4th day of June, 2026.

Gregory F. Van Tatenhove
United States District Judge